UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **ALERT SIGNAL INTELLECTUAL PROPERTY, LLC,**<br><br>    Plaintiff,<br><br>v.<br><br>**APPLE INC.,**<br>    Defendant. | Case No. 3:18-cv-05407-EMC<br><br>~~[PROPOSED]~~ ORDER OF STIPULATION OF DISMISSAL |

**ORDER OF DISMISSAL**

On this day, Plaintiff ALERT SIGNAL INTELLECTUAL PROPERTY, LLC and Defendant APPLE INC., announced to the Court that they have settled their respective claims for relief asserted in this cause.  The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that all claims for relief asserted against APPLE INC. by ALERT SIGNAL INTELLECTUAL PROPERTY, LLC herein are dismissed, with prejudice, and all counterclaims for relief against ALERT SIGNAL INTELLECTUAL PROPERTY, LLC by APPLE INC. are dismissed without prejudice; and

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.


Signed this 16th day of April, 2019.

_____
The Honorable Edward M. Chen
United States District Judge